**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES HARMAN,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:17-0135** |
| v. | : | **(MANNION, J.)** |
| **KATRINA TOBASH and BB&T BANK,** | : | **(CARLSON, M.J.)** |
| | : | |
| **Defendants** | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Carlson recommending that the plaintiff's motion for summary judgment be dismissed without prejudice, **(Doc. 9)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's motion for summary judgment, **(Doc. 7)**, is **DISMISSED WITHOUT PREJUDICE**; and

**(3)** the instant action is **REMANDED** to Judge Carlson for further proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 31, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0135-01-ORDER.wpd