UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES HARMAN,** | : | |
| **Plaintiff** | : | CIVIL ACTION NO. 3:17-0135 |
| v. | : | (MANNION, J.) |
| **KATRINA TOBASH and BB&T BANK,** | : | (CARLSON, M.J.) |
| | : | |
| **Defendants** | : | |
| | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Carlson recommending that the defendants' motion to dismiss be granted, **(Doc. 14)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the defendants' motion to dismiss the plaintiff's complaint, **(Doc. 5)**, is **GRANTED**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 11, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0135-02-ORDER.wpd